UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

EMIR ANTONIO RUIZ CHAVEZ,

Defendant.

**ORDER**

S2 21 Cr. 187 (LTS)

Upon the application of the United States of America, by Assistant United States Attorney Elizabeth A. Espinosa, it is hereby ORDERED that the Indictment and Arrest Warrant in this matter be unsealed.

Dated:   New York, New York
         November 8, 2023

_____
HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK